UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PLYMOUTH COUNTY,<br>          Plaintiff,<br>    v.<br><br>MERSCORP., INC., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., BANK OF AMERICA, N.A., BAC HOME LOANS SERVICING LP, CITIBANK, N.A., CITIMORTGAGE, INC., GMAC MORTGAGE, LLC, JPMORGAN CHASE BANK, N.A., STATE STREET CORP., WELLS FARGO BANK, N.A. and DOE CORPORATIONS 1-MMM,<br>          Defendants. | Case No. 12-cv-10781-JGD |

## NOTICE OF APPEARANCE FOR DEFENDANT, GMAC MORTGAGE, LLC

Please enter my appearance as attorney for Defendant, GMAC MORTGAGE, LLC in the above-entitled case.

> Defendant,
> GMAC MORTGAGE, LLC
> By its attorneys,
>
> */s/ Richard E. Briansky*
> Richard E. Briansky, BBO # 632709
> rbriansky@princelobel.com
> PRINCE LOBEL TYE LLP
> 100 Cambridge Street, Suite 2200
> Boston, MA 02114
> Tel: 617.456.8000

Dated: May 10, 2012

## CERTIFICATE OF SERVICE

I, Richard E. Briansky, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent via first-class mail to those indicated as non-registered participants on May 10, 2012.

> */s/ Richard E. Briansky*
> Richard E. Briansky