UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PLYMOUTH COUNTY,<br><br>    Plaintiff,<br><br>  v.<br><br>MERSCORP, INC., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., BANK OF AMERICA, N.A., BAC HOME LOANS SERVICING LP, CITIBANK, N.A., CITIMORTGAGE, INC., GMAC MORTGAGE LLC, JPMORGAN CHASE BANK, N.A., STATE STREET CORP., WELLS FARGO BANK, N.A. AND DOE CORPORATIONS I-MMM,<br><br>    Defendants. | Civil Action No. 12-10781-NMG |

## NOTICE OF APPEARANCE OF RICHARD A. OETHEIMER

Please enter the appearance of Richard A. Oetheimer as counsel for Defendants Bank of America, N.A. and Wells Fargo Bank, N.A in the above-captioned matter.

Dated: May 23, 2012

Respectfully submitted,

/s/ Richard A. Oetheimer
Richard A. Oetheimer (BBO #377665)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA  02109-2881
Tel.: 617.570.1000
Fax: 617.523.1231
roetheimer@goodwinprocter.com

*Counsel for Defendants*
BANK OF AMERICA, N.A. and
WELLS FARGO BANK, N.A.

LIBA/2304969.1

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 23, 2012.

                                                        ___/s/ Richard A. Oetheimer

LIBA/2304969.1